| | |
|---|---|
| Steven Berkowitz, Esq. (CSB 124051)<br>THE KADISH LAW GROUP, P.C.<br>3122 Santa Monica Blvd., Suite 301<br>Santa Monica, CA 90503<br>sberkowitz@kadishlawgroup.com<br>(424) 239-6210 (telephone)<br>(424) 239-6220 (facsimile) | JS-6 |

*Attorneys for Defendants, Cross Claimants and Cross-Defendants George Ho and George Ho dba Leader Expedite*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHENKER, INC., a New York corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>DARYL HE a/k/a WEN DA HE, individually, STEPHANIE KONG, individually, ACCURATE CARGO SERVICES, a California corporation, GEORGE HO, individually, and GEORGE HO d/b/a LEADER EXPEDITE,<br><br>        Defendants.<br><br>GEORGE HO d/b/a LEADER EXPEDITE,<br><br>        Cross Claimant,<br>  v.<br><br>DARYL HE a/k/a WEN DA HE, individually, STEPHANIE KONG, individually, ACCURATE CARGO SERVICES, a California corporation, and ROES 1 THROUGH 10, inclusive,<br><br>        Cross Defendants.<br><br>STEPHANIE KONG, individually, and ACCURATE CARGO SERVICES, a California corporation,<br><br>        Cross Claimants, | **Case No. 2:16-cv-06321 CAS (PLAx)**<br><br>**[PROPOSED] ORDER PURSUANT TO STIPULATION FOR DISMISSAL WITH PREJUDICE OF GEORGE HO'S AND GEORGE HO DBA LEADER EXPEDITE'S CROSS-CLAIMS AGAINST CROSS-DEFENDANTS STEPHANIE KONG AND ACCURATE CARGO SERVICES, A CALIFORNIA CORPORATION; AND DISMISSAL WITH PREJUDICE OF THE CROSS-CLAIMS OF STEPHANIE KONG AND ACCURATE CARGO SERVICES, A CALIFORNIA CORPORATION, AGAINST CROSS-DEFENDANTS GEORGE HO AND GEORGE HO DBA LEADER EXPEDITE** |

**ORDER PURSUANT TO STIPULATION FOR DISMISSAL WITH PREJUDICE OF CROSS-CLAIMS OF GEORGE HO, GEORGE HO DBA LEADER EXPEDITE, ACCURATE CARGO SERVICES AND STEPHANIE KONG AGAINST EACH OTHER**

| | |
|---|---|
| v. | ) |
| GEORGE HO, individually, GEORGE HO d/b/a LEADER EXPEDITE, and ROES 1 THROUGH 10, inclusive, | ) ) ) ) |
| Cross Defendants. | ) ) ) |

**IT IS HEREBY ORDERED:**

1. Cross-Claimants and Cross-Defendants George Ho and George Ho dba Leader Expedite (collectively referred to as "George Ho"), on the one hand, and Cross-Claimants and Cross-Defendants Stephanie Kong ("Kong") and Accurate Cargo Services, a California Corporation ("ACS"), have entered into a confidential mutual release agreement.

2. Pursuant to that agreement, these parties have stipulated to the following;

    a. George Ho dismisses his cross-claims against Kong and ACS, with prejudice and with each party to bear their own attorneys' fees and costs.

    b. Kong and ACS dismiss their cross-claims against George Ho, with prejudice and with each party to bear their own attorneys' fees and costs.

3. All scheduled dates and deadlines in this matter are hereby **VACATED.**

IT IS SO ORDERED.


Dated: November 2, 2017          _____
                                            United States District Judge

**ORDER PURSUANT TO STIPULATION FOR DISMISSAL WITH PREJUDICE OF CROSS-     CLAIMS OF GEORGE HO, GEORGE HO DBA LEADER EXPEDITE, ACCURATE CARGO SERVICES AND STEPHANIE KONG AGAINST EACH OTHER**